**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEVEN POULOS,

                Plaintiff,                          **JUDGMENT**
  - against -                                         CV 25-25 (GRB)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      A Stipulation and Order for Remand of the Honorable Gary R. Brown, United States District Judge, having been filed on March 7, 2025; reversing and remanding the Commissioner's final decision; directing the Commissioner upon remand to take further action to complete the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision; and directing the Clerk of Court to enter judgment, it is

      **ORDERED AND ADJUDGED** that the Commissioner's final decision is reversed and remanded; that upon remand, the Commissioner will take further action to complete the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision; and that this case is closed.

Dated:  March 7, 2025
         Central Islip, New York

                                                                              BRENNA B. MAHONEY
                                                                              CLERK OF COURT

                                                       By:    /s/ James J. Toritto
                                                                         Deputy Clerk