**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN POULOS,

                      Plaintiff,                **JUDGMENT FOR ATTORNEY'S FEES**

      - against -                              CV 25-25 (GRB)

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

       A Stipulation and Order of Honorable Gary R. Brown, United States District Judge, having been filed on December 19 2025, awarding plaintiff $875.00 in attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $405.00 under 28 U.S.C. § 1920, it is

       **ORDERED AND ADJUDGED** that Plaintiff Peter Walsh is awarded attorney's fees and costs in the amount of $1,280.00 as against Defendant Commissioner of Social Security.

Dated:  December 22, 2025
          Central Islip, New York

                                                        BRENNA B. MAHONEY
                                                        CLERK OF COURT

                                    By:    /s/ James J. Toritto
                                                 Deputy Clerk