**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
STEVEN POULOS,

                   Plaintiff,

     - against -

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
------------------------------------------------------------X

**JUDGMENT FOR ATTORNEY'S FEES (CORRECTED)**
CV 25-25 (GRB)

     A Stipulation and Order of Honorable Gary R. Brown, United States District Judge, having been filed on December 19 2025, awarding plaintiff $875.00 in attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $405.00 under 28 U.S.C. § 1920, it is

     **ORDERED AND ADJUDGED** that Plaintiff Steven Poulos is awarded attorney's fees and costs in the amount of $1,280.00 as against Defendant Commissioner of Social Security.

Dated: January 28, 2026
        Central Islip, New York

                                                BRENNA B. MAHONEY
                                                CLERK OF COURT

                                   By:    /s/ Jazmin M. Cubano
                                             Deputy Clerk